IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIFFANY L. ROYSTER** | : | CIVIL ACTION NO. 1:10-CV-2651 |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **T.R. SNIEZEK, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a March 26, 2012 report and recommendation of the magistrate judge. No timely objections have been filed.

Accordingly, this 22nd day of May, 2012, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) The motion to dismiss and motion for summary judgment (Doc. Nos. 9, 10) are GRANTED.

3) The claims against defendants Sniezek, Hendershot, Falzini, Hubble, and Zabala are dismissed pursuant to Fed.R.Civ.P. 4(m). The FTCA claim and the ADA claim are dismissed. Defendant Steffan is granted summary judgment.

4) The case is remanded to Magistrate Judge Smyser for further proceedings.

*s/ Yvette Kane*
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania