IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIFFANY L. ROYSTER** | : | CIVIL ACTION NO. 1:10-CV-2651 |
| | : | |
| Plaintiff | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Smyser)** |
| v. | : | |
| | : | |
| **T.R. SNIEZEK, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is a June 11, 2012 report and recommendation of the magistrate judge.   No timely objections have been filed.

Accordingly, this 29th day of June 2012, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) The remaining defendants, i.e. the defendants identified as "various unknown agents and employees of the Federal Bureau of Prisons whose names and addresses are unknown and undiscoverable at this time," are dismissed in accordance with Fed.R.Civ.P. 4(m).

3) The Clerk of Court is directed to close the case.

*s/ Yvette Kane*
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania